IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT WULF, husband and wife; SANDRA WULF, husband and wife; and GRINNELL MUTUAL REINSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>vs.<br><br>THOR MOTOR COACH, INC., THOR INDUSTRIES, INC., BISH'S RV - LINCOLN, BRV, LLC, BISH'S RV, INC., BRV OMAHA, LLC, BISH'S RV OF OMAHA, BISH'S RV HOLDINGS, LLC, BISH'S HOLDINGS, LLC, BISH'S RV, LLC, BISH'S RV OF JUNCTION CITY, BRV EUGENE, LLC, BISH'S RV OF LINCOLN, BRV OREGON, LLC, BRV NEBRASKA, LLC, and BRV LINCOLN, LLC,<br><br>        Defendants. | 8:23CV347<br><br>**ORDER OF DISMISSAL OF PARTIES** |

    This matter comes before the Court on the parties' Joint Stipulation dismissal without prejudice (Filing No. 31) of the following defendants: Thor Industries, Inc.; Bish's RV-Lincoln; BRV, LLC; Bish's RV, Inc.; Bish's RV of Lincoln; BRV Omaha, LLC; Bish's RV of Omaha; Bish's RV Holdings, LLC; Bish's Holdings, LLC; Bish's RV, LLC; and Bish RV of Junction City. The Court, being advised in the premises, finds that such an Order is proper.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above listed defendants be dismissed without prejudice. Remaining defendants continue to be parties in this matter.

    Dated this 1st day of December, 2023.

                                                                                      BY THE COURT:

                                                                                   s/ Joseph F. Bataillon
                                                                                     Senior United States District Judge