IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT WULF, husband and wife; SANDRA WULF, husband and wife; and GRINNELL MUTUAL REINSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>THOR MOTOR COACH, INC., BRV EUGENE, LLC, BRV OREGON, LLC, BRV NEBRASKA, LLC, and BRV LINCOLN, LLC,<br><br>Defendants. | 8:23CV347<br><br>FOURTH AMENDED FINAL PROGRESSION ORDER |

This matter is before the Court of the Parties' Fourth Joint Motion for Continuance of Progression Deadlines. (Filing No. 116). That motion is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The parties are ordered to attend private mediation on or before July 2, 2025.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 1, 2025.

3) The deadline for filing motions to dismiss and motions for summary judgment is August 1, 2025.

4)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 1, 2025.

5)     Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of May, 2025.

                                                          BY THE COURT:

                                                          s/ Ryan C. Carson
                                                          United States Magistrate Judge